# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE WALKER-GOGGINS, | Case No. 2:15-cv-01839-JCM-CWH |
| Plaintiff, | |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, et al., | **ORDER** |
| Defendant. | |

Presently before the Court is Plaintiff's motion (ECF No. 20), filed on September 27, 2017. Defendant has not filed a response. Plaintiff makes a number of requests within this motion, including what the Court construes as a request to have her case considered by the Supreme Court. However, Plaintiff does not cite any authority for this Court to grant these requests. Under Local Rule 7-2(d), the failure of a party to file points and authorities in support of a motion constitutes consent to the denial of the motion.

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 20) is DENIED.

DATED: October 3, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1