# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ANNETTE WALKER-GOGGINS, | ) | Case No. 2:15-cv-01839-JCM-CWH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| SOCIAL SECURITY ADMINISTRATION, et al., | ) | **ORDER** |
| Defendant. | ) | |

Presently before the Court is Plaintiff's motion (ECF No. 22), filed on October 20, 2017. Defendant has not filed a response. It is not clear from Plaintiff's motion what case she is referring to, as she alleges "legal malpractice" on the part of Defendants in a court in the State of Georgia. As this case is closed, it is also unclear what jurisdiction this Court has over Plaintiff's dispute. Without a clear request for relief and a basis for this Court to provide that relief, the Court will deny Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 22) is DENIED.

DATED: October 24, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge