UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNETTE WALKER-GOGGINS, | Case No. 2:15-CV-1839 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

Presently before the court is *Walker-Goggins v. Social Security Administration*, case number 2:15-cv-01839-JCM-EJY. Plaintiff Annette Walker-Goggins, appearing *pro se*, filed a complaint (ECF No. 9) that Magistrate Judge Hoffman screened (ECF No. 8). Judge Hoffman noted that "[t]he facts alleged in plaintiff's complaint are difficult to follow and incomprehensible," reviewed the complaint, and found that plaintiff's claims were "incoherent, fanciful, and delusional." *Id.* at 2–3. Judge Hoffman recommended the complaint be dismissed, *id.*, and this court adopted that recommendation (ECF No. 13).

Plaintiff filed a "motion to set aside order (cancel) for summary eviction and seal case & domestic terrorism." (ECF Nos. 25; 26). Plaintiff attaches 52 pages of documents, some pertaining to the Social Security Administration, others to a criminal action in the state of Georgia, and others pertaining to plaintiff's marital status. *See generally id.*

However, plaintiff's motions are devoid of cogent legal argument. Accordingly, the court denies both motions. *See* LR 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion."); *see also Ghazali v. Moran. Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."); *United States v. Merrill*, 746 F.2d 458, 465 (9th Cir.

**James C. Mahan**
**U.S. District Judge**

1984) ("A pro se defendant is subject to the same rules of procedure and evidence as defendants who are represented by counsel.").

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to set aside (ECF No. 25) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that plaintiff's motion to seal (ECF No. 26) be, and the same hereby is, DENIED.

DATED July 13, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -