UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNETTE WALKER-GOGGINS,<br><br>  Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. 2:15-cv-01839-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff Annette Walker-Goggins' Motion to Bound Over Emergency Injunction Appeal Speedy Trial Cease and Desist Discovery Judgment. ECF No. 41. Before dismissal, Plaintiff filed a lawsuit seeking to appeal a decision by the Social Security Administration. On May 17, 2016, Plaintiff's claims were dismissed with prejudice and the case was closed. ECF No. 13. Plaintiff has filed numerous filings since the case's closure, all of which have been denied. *See* ECF Nos. 18, 21, 23, 27, 31, 40.

The instant Motion is incoherent containing seemingly unrelated requests. ECF No. 41. Plaintiff's Motion is non-sensical and fails to state a basis for relief. In addition, Plaintiff's Motion is entirely devoid of cogent legal argument. *See* LR 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion"). Plaintiff's Motion does not pertain to any pending issue in her case and as such should be denied as a fugitive filing. *See Martin v. Velazquez*, Case No. 3:20-cv-00563-MMD-CLB, 2022 WL 2317270, at \*2 (D. Nev. June 28, 2022).

Accordingly, IT IS HEREBY ORDERED that the Motion to Bound Over Emergency Injunction Appeal Speedy Trial Cease and Desist Discovery Judgment (ECF No. 41) is DENIED.

Dated this 3rd day of September, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1