UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNETTE WALKER-GOGGINS,<br><br>Plaintiff(s),<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant(s). | Case No.2:15-CV-1839 JCM (EJY)<br><br>ORDER |

Presently before the court are pro se plaintiff Annette Walker-Goggins's post-judgment motions. (ECF No. 235, 43, 44). For the reasons explained below, the court DENIES the motions.

This is an appeal of the Social Security Administration's denial of benefits. This case has been closed since May 19, 2016, and plaintiff's numerous post-judgment motions have all been denied. (*See* Judgment, ECF No. 14). Furthermore, plaintiff does not cite any legal authority that supports her present requests. The failure of a party to file points and authorities in support of a motion constitutes consent to the denial of the motion. LR 7-2(d).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motions (ECF No. 35, 43, 44) be, and the same hereby is, DENIED.

DATED March 10, 2025.

_____
UNITED STATES DISTRICT JUDGE