UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNETTE WALKER-GOGGINS,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 2:15-cv-01839-JCM-EJY<br><br>**ORDER<br>AND<br>REPORT AND RECOMMENDATION** |

Pending before the Court is Plaintiff's Motion to Suppress and Produce Run Concurrent Bound Over Justice (ECF No. 50). This matter was closed on May 17, 2016 with judgment entered on May 19, 2016. ECF Nos. 13, 14. The present Motion is indecipherable and nonsensical.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Suppress and Produce Run Concurrent Bound Over Justice (ECF No. 50) is DENIED.

IT IS HEREBY RECOMMENDED that the Court accept no further filings in this matter.

Dated this 10th day of September, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).