UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNETTE WALKER-GOGGINS,<br><br>                            Plaintiff(s),<br><br>   v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                            Defendant(s). | Case No.2:15-CV-1839  JCM (EJY)<br><br>ORDER |

    Presently before the court is Magistrate Judge Youchah's report and recommendation ("R&R").  (ECF No. 51).  She recommends that the court accept no further filings on the matter.  No objections were filed to the R&R.  Thus, the court is not obligated to file a de novo review of the R&R.  28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Youchah's R&R (ECF No. 51) be, and the same hereby is, ADOPTED, in full.

    IT IS FURTHER ORDERED that plaintiff's motion (ECF No. 49) be DENIED as moot.

    DATED September 26, 2025.

                                                                                       UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28